UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| GUADALUPE BETANCOURT, Individually, : | |
| : | |
| Plaintiffs, : | |
| : | Case No. SA10CA0029XR |
| v. : | |
| : | |
| INGRAM PARK MALL, L.P., A Foreign : | |
| Limited Partnership, : | |
| : | |
| Defendant. : | |
| : | |

**DEFENDANT'S UNOPPOSED
<u>MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

Defendant, Ingram Park Mall, L.P., a foreign limited partnership, ("Ingram"), moves this Court for an Order extending the time it must serve its response to Plaintiff's Complaint, up to and including March 29, 2010 based upon the following:

1. Plaintiffs have filed this action against Ingram alleging that certain facilities owned and/or operated by Ingram fail to comply with the Americans with Disabilities Act and its implementing regulations.

2. Ingram was served with process on February 8, 2010. Ingram sought and was granted an extension for time to respond to Plaintiff's Complaint until March 15, 2010.

3. Under Federal Rule of Civil Procedure 6(b), this Court is authorized to extend the period within which Ingram must respond to the Complaint "if request therefore is made before the expiration of the period originally prescribed."

4. Ingram submits that this request for an extension is sought in good faith and not for the purpose of undue delay, but in the interests of justice.

5. Based on the foregoing, Ingram requests a further extension of time within which to respond to the Complaint, which would re-set the deadline for serving its response up to and

including March 29, 2010.

6. The undersigned contacted counsel for the Plaintiff, Thomas Bacon, Esq., and he does not oppose the relief requested by Ingram Park Mall, L.P.

**WHEREFORE**, Defendant, Ingram Park Mall, L.P., requests that this Court enter an Order extending the time within which it must serve its response to the Complaint up to and including March 29, 2010.

Dated this 12th day of March, 2010.

      /s/ *Farrell A. Hochmuth*
      Farrell A. Hochmuth
      State Bar No. 24041107
      Federal Bar No. 37072
      BAKER & HOSTETLER LLP
      1000 Louisiana St., Suite 2000
      Houston, Texas 77002
      Telephone: (713) 646-1383
      Facsimile: (713) 751-1717

      COUNSEL FOR DEFENDANT INGRAM PARK MALL, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the persons listed below via ECF filing and/or facsimile on March 12, 2010.

| | |
|---|---|
| Thomas B. Bacon, P.A. | Pete M. Monismith |
| 4868 S.W. 103rd Ave. | 1710 Quarry Lane |
| Cooper City, FL 33328 | Apollo, PA 15613 |
| Facsimile: (954) 237-1990 | |
| ***Lead counsel for Plaintiff*** | ***Counsel for Plaintiff*** |

      /s/ *Farrell A. Hochmuth*
      Farrell A. Hochmuth