UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GUADALUPE BETANCOURT, Individually, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. SA10CA0029XR |
| v. | : | |
| | : | |
| INGRAM PARK MALL, L.P., A Foreign Limited Partnership, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER GRANTING DEFENDANT INGRAM PARK MALL, L.P.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Before the Court is Defendant Ingram Park Mall, L.P.'s ("Defendant") Unopposed Motion for Extension of Time to Respond to Complaint.  The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Defendant's Unopposed Motion for Extension of Time to Respond to Complaint is GRANTED.  Defendant will have up to and including March 29, 2010 to serve its response to Plaintiff's Complaint.

SIGNED this _____ day of March, 2010.

_____
UNITED STATES JUDGE